

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2021

No. 04-19-00084-CR

Gabriel **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7552
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

On October 14, 2020, this court affirmed appellant Gabriel Martinez's conviction for murder.[1] This court's mandate issued on January 7, 2021 and has not been recalled. Martinez subsequently filed a writ of habeas corpus seeking permission to file an out-of-time petition for discretionary review in the Texas Court of Criminal Appeals. On September 15, 2021, the Court of Criminal Appeals granted Martinez permission to file an out-of-time petition for discretionary review. On October 12, 2021, Martinez filed a motion in this court requesting free copies of the clerk's record and reporter's record to use in preparation of his petition for discretionary review. An indigent defendant is not entitled to a free copy of the trial record for preparation of a petition for discretionary review. *See Ex parte Trainer*, 181 S.W.3d 358, 359 (Tex. Crim. App. 2005).

Furthermore, we have no jurisdiction to entertain a motion "requesting free copies of the record long after [this] [c]ourt's mandate has issued[.]" *See Conner v. State*, 588 S.W.3d 702, 704 (Tex. App.—Waco 2019, order). Because we do not have jurisdiction to rule on the motion, Martinez's motion requesting free copies of the clerk's record and reporter's record is DISMISSED FOR LACK OF JURISDICTION.

---

[1] *See Martinez v. State*, No. 04-19-00084-CR, 2020 WL 6048780, at *3 (Tex. App.—San Antonio Oct. 14, 2020, no pet.) (mem. op., not designated for publication), *habeas corpus granted sub nom. Ex parte Martinez*, No. WR-93,029-01, 2021 WL 4186717, at *1 (Tex. Crim. App. Sept. 15, 2021) (per curiam) (not designated for publication).

FILE COPY

It is so **ORDERED** November 10, 2021.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT